D&F

## CLARK, GAGLIARDI & MILLER P.C.

ATTORNEYS & COUNSELORS AT LAW

THE INNS OF COURT
99 COURT STREET
WHITE PLAINS, NEW YORK 10601-4265

(914) 946-8900

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2013
```

HENRY G. MILLER
LAWRENCE T. D'ALOISE, JR.
LUCILLE A. FONTANA
ROBERT J. FRISENDA
ANGELA MORCONE GIANNINI
JOHN S. RAND
DENISE LIOTTA
SARAH J. EAGEN
LYNN S. ROSENTHAL
KATHRYN M. SULLIVAN

CLARK & CLOSE (1907)
ROBERT Y. CLARK (1907-1961)
FRANK M. GAGLIARDI (1920-1980)
LEE PARSONS DAVIS (1957-1961)
ELBERT T. GALLAGHER (1974-1977)
JOSEPH F. GAGLIARDI (1988-1992)
LEE P. GAGLIARDI (1956-1972)
MORTON B. SILBERMAN (1979-2007)

FAX (914) 946-8960

June 14, 2013

Via email: Furman_NYSDChambers@nysd.uscourts.gov

Honorable Jesse M. Furman
United States District Judge
United States District Court, Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:  *In the Matter of the Complaint of Chris Perdomo et al*
     Civil Action No: 1:12-CV-09194-JMF

Dear Judge Furman:

This firm represents the claimant, SHEILA L. LILLEY, in regard to the above-captioned matter.

On the June 3, 2013 conference, this firm was directed to advise the Court whether Claimant intends to file a motion with respect to the legal question of whether a person without legal title can be considered an owner of a vessel for purposes of limitation of liability.

Since the conference counsel for petitioners exchanged several cases on this issue. Claimant's position is unchanged; however, factual discovery is needed before presenting this issue to the Court. As such, at this time, Claimant will not be moving to dismiss Joseph Lukic's Petition for Limitation for lack of standing.

Respectfully submitted,

*Lucille Fontana*

Lucille A. Fontana (LF0737)

LAF/ad
CC: Steven A. Steigerwald, Esq.
LAW OFFICE OF ANDREA G. SAWYERS